# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 14-70483-JAD |
| Judith E. Thomas, | : | |
| Debtor | : | Chapter 13 |
| | : | |

## STATEMENT OF OUTCOME OF LOSS MITIGATION PROGRAM

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz, certify under penalty of perjury that Judith E. Thomas' Loss Mitigation was concluded due to nonpayment to the Chapter 13 Trustee resulting in dismissal of her Chapter 13 Bankruptcy.

Date: September 16, 2016         By: /s/ Jessica L. Tighe
                                     Jessica L. Tighe
                                     Legal Assistant
                                     Law Offices of Kenny P. Seitz
                                     P.O. Box 211
                                     Ligonier, PA 15658
                                     (814) 536-7470